IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| WILLIE ANTHONY THOMAS, | : | CASE NO. 18-56239-LRC |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| CONSUMER PORTFOLIO | : | |
| SERVICES, INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| WILLIE ANTHONY THOMAS, | : | |
| Debtor; | : | |
| and MELISSA J. DAVEY, Trustee, | : | |
| | : | |
| Respondents. | | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Consumer Portfolio Services, Inc. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On April 12, 2018, Willie Anthony Thomas ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $8,201.21 secured by a 2004 Mercedes-Benz CLK320 (the "Collateral").

3.

Debtor's Chapter 13 Plan fails to propose any treatment for Movant's secured claim of $8,201.21. If Debtor intends to retain the Collateral, the proposed Plan must provide to either

pay Movant's claim in full at contract interest of 20.45% and monthly payments of $448.62, or surrender the Collateral.

4.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3), as it does not provide treatment for Movant's claim.

5.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This May 3, 2018.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
        Attorneys for Movant


        By:  /s/Philip L. Rubin
             Philip L. Rubin
             Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| WILLIE ANTHONY THOMAS | : | CASE NO. 18-56239-LRC |
| | : | |
| Debtor. | : | |
| | : | |
| CONSUMER PORTFOLIO SERVICES, INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| WILLIE ANTHONY THOMAS, Debtor; and MELISSA J. DAVEY, Trustee, | : | |
| | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Willie Anthony Thomas
4646 Pine Acres Circle
Buford, GA 30518

Howard P Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Road, SE
Atlanta, GA 30339

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

    This May 3, 2018.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorneys for Movant

                By: /s/Philip L. Rubin
                    Philip L. Rubin
                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com